IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 03-cr-00423-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEVEN RAY GALLEGOS,

    Defendant.

---

**ORDER DISMISSING PETITION ON SUPERVISED RELEASE
AND VACATING WARRANT**

---

    This matter comes before the Court on the report of the probation officer that the defendant is deceased. Accordingly, it is

    ORDERED that the Petition on Supervised Release is dismissed and the warrant is vacated.

    DATED May 3, 2013.

                                                BY THE COURT:

                                                s/Philip A. Brimmer
                                                PHILIP A. BRIMMER
                                                United States District Judge